IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LARRY WALKER,

  Petitioner,

  v.

MR. KEVIN SPRAYBERRY,

  Respondent.

CIVIL ACTION FILE
NO. 1:16-CV-3027-TWT

**ORDER**

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 15] of the Magistrate Judge recommending granting the Respondent's Motion to Dismiss [Doc. 13]. The Petitioner has not obtained the permission of the Court of Appeals to file a successive habeas corpus petition. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Respondent's Motion to Dismiss [Doc. 13] is GRANTED. The Petitioner's Motion for Actual Innocence [Doc. 14] is DENIED.

SO ORDERED, this 17 day of November, 2016.

    /s/Thomas W. Thrash
    THOMAS W. THRASH, JR.
    United States District Judge

T:\ORDERS\16\Walker\16cv3027\r&r.wpd